*Co., Inc.* (241 id. 314), disregarding the limitation of the *Klein* case. Subsequent investigation indicates there is no real equity in favor of the mortgagor referred to in the *Klein* case. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

SALTSER & WEINSIER, INC., Respondent, v. ISIDOR WEISSBERGER and MILTON M. LEICHTER, Appellants.— Order in so far as it grants in part plaintiff's motion to vacate a notice of plaintiff's examination before trial affirmed, with ten dollars costs and disbursements; examination as to the remaining items to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

ANNA S. SEINSOTH, Respondent, v. WALTER H. SEINSOTH, Appellant.— Motion to reduce the amount directed to be paid by the defendant in a judgment in a separation action for the support of the two children of the marriage. The amount directed to be paid was twenty dollars per week. The defendant's earnings are $189 per month. Order denying motion and awarding twenty-five dollars as counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

TITLE GUARANTEE AND TRUST COMPANY, Appellant, v. SENECA HOLDING CORPORATION and Others, Defendants; FRED P. PIRONE, Receiver-Respondent.— In an action to foreclose a mortgage in which a receiver had been appointed, the order confirmed the intermediate account of the receiver, fixed the amount of his commissions and directed payment to the attorney for the receiver of $1,000 counsel fees. The appeal is taken from only that part of the order fixing the counsel fees of the receiver's attorney. Order modified by reducing the counsel fees to $500 on the ground that the amount allowed is excessive; and as so modified, the order is affirmed, without costs. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

SAMUEL WEINSTEIN, Plaintiff, v. JOHN J. MCELLIGOTT, as Trustee of the New York Fire Department Relief Fund, Defendant.— Upon an agreed statement of facts, judgment is unanimously directed for plaintiff, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of FREDERICK STARR CONTRACTING COMPANY, Respondent, for a Peremptory Order of Mandamus Directed to AUGUST N. GANDIA, Treasurer of the City of Long Beach, Appellant.— In view of the decision of the appeal herein (*post*, p. 906), decided herewith, the motion for a stay pending the determination of said appeal is dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of FREDERICK STARR CONTRACTING COMPANY, Respondent, for a Peremptory Order of Mandamus Directed to AUGUST N. GANDIA, Treasurer of the City of Long Beach, Appellant.— Motion for an order dismissing the appeal from the peremptory order of mandamus (*post*, p. 906), denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

MORRIS FRIEDMAN, Appellant, v. THE CITY OF MOUNT VERNON, Respondent.— The action is for trespass by the act of the city in depositing a large quantity of material on the plaintiff's premises. A notice of claim was filed on February 17, 1930; and the action was commenced on January 12, 1931. An answer containing only general denials had been interposed in May, 1931. When the case was